# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5131**

**September Term, 2020**

FILED ON: JUNE 28, 2021

GOVERNMENT OF GUAM,
> APPELLEE

v.

UNITED STATES OF AMERICA,
> APPELLANT

On Remand from the Supreme Court
of the United States

Before: HENDERSON and TATEL, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*.

## J U D G M E N T

This cause came to be heard on remand from the Supreme Court of the United States, reversing this court's judgment and remanding for further proceedings. Upon consideration of the foregoing, it is

**ORDERED** that the judgment of this court filed February 14, 2020, be vacated in light of the Supreme Court's opinion in this case issued May 24, 2021. It is

**FURTHER ORDERED and ADJUDGED** that the district court's denial of the United States' motion to dismiss be affirmed and the case be remanded to the district court for further proceedings.

The Clerk is directed to issue the mandate forthwith.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk